RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS

SEP 0 5 2014

UNITED STATES DISTRICT JUDGE

Judge Roger Titus
U.S. Federal Court House
6500 Cherrywood Ln
Greenbelt, MD  20770

September 2, 2014

Dear Judge Titus,

    I am scheduled to be released February 6, 2015, in approximately (5) months. Sir I am writing once again to ask for immediate release. A few months ago I submitted (July) a motion for Leave of Stay to finish the remaining of my sentence in Home Confinement. Your Honor I am asking for the sake of my 74 year old mother who is the primary care taker of my two minor kids and also has breast cancer. During my time I have taught GED Classes, mentored young men, and programmed over 196 credit hours (equivalent hours to a 4 year degree) since my arrival. I have included the Warden and my team's recommendation.

    Frankly, if I wasn't denied Halfway House due to regional medical I would be home by now. I pray that your honor see appropriate to grant me this relief so that I can be there with my mother and kids to help relieve some of the burden. This has truly been devastating for my family. I pray for relief.

God Bless You,

*Darryl A. Stuckey*
Darryl A. Stuckey
#54236-037
LSCI Durham
P.O. Box 999
Butner, NC  27509

*Darryl A. Stuckey*  54236-037

**Department of Justice**  
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**  
**PROGRAM REVIEW: 08-02-2014**

| | |
|---|---|
| Commensurate: | [Y,N] |
| Missed: | [Y,N] |
| Judicial Recommendations: | PET / NONE / Receive appropriate medical care for conditions noted. |
| Special Conditions of Supervision: | Provide access to financial info. No new credit/open lines of credit w/o approval. Cooperate w/ IRS. Pay restitution/special assessment as directed. See J&C for complete description. |

| | | | |
|---|---|---|---|
| USPO Sentencing: | William F. Henry, Chief<br>Maryland Probation Office<br>N/A.<br>250 West Pratt Street Room 400<br>Baltimore, MD 21201-2423 | USPO Relocation: | Mary R. Farashahi, Chief<br>Virginia Eastern Probation Office<br>Walter E. Hoffman United States Courthouse<br>600 Granby Street Suite 200<br>Norfolk, VA 23510-1915 |
| Phone/Fax: | 410-962-4740 / 410-962-3304 | Phone/Fax: | 703-299-2300 / 703-299-2350 |

| | | | |
|---|---|---|---|
| Subject to 18 U.S.C. 4042(B) Notification: | N | DNA Required: | Y - 07-31-2013 |
| | | Subject to Sex Offender Notifications: | N |
| | | Treaty Transfer Case: | N |

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUF | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-07-2013 | CURRENT |
| BUF | ESL HAS | ENGLISH PROFICIENT | 08-07-2013 | CURRENT |
| BUF | ECONOMICS | ECONOMICS ACE (20) | 07-07-2014 | CURRENT |
| BUF | WRLDAFFAIR | ACE-WORLD AFFAIRS (20) | 07-07-2014 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| RPP-RELEASE-RE-ENTRY | 06-19-2014 | 1 |
| RPP-GROWTH&DEVELOPMENT | 06-19-2014 | 2 |
| RPP-PERSONAL FINANCE | 06-19-2014 | 2 |
| RPP- EMPLOYMENT | 06-19-2014 | 3 |
| RPP-COMMUNITY INFORMATION | 06-19-2014 | 4 |
| RPP-HEALTH AND NUTRITION | 06-19-2014 | 1 |
| LEGAL RESEARCH | 06-10-2014 | 16 |
| INTRO TO LEXIS/NEXIS ELL RSCH | 06-09-2014 | 16 |
| TRUE MAN UNIT BASED GROUP | 02-20-2014 | 6 |
| (A)KEYBOARDING-CAI | 03-19-2014 | 25 |
| ACE-INTRO TO MARKETING;T630-83 | 03-09-2014 | 20 |
| CDL WED 6:30 - 7:30 PM | 03-09-2014 | 20 |
| SALES&MARKETING M/W 1230-330P | 12-09-2013 | 20 |
| ACE-WORLD AFFAIRS | 12-09-2013 | 20 |

Wilmarie McKoy
6807 westchester Court
Camp springs Md 20748
March 1, 2014

RECEIVED
MAR 05 2014
LSCI Butner Warden's Office

Warden Hollenback
Butler Low Security
P.O. Box 999
Butner North Carolina 27509

Warden Hollenback.

My son Darryl Stuckey 54236-037 enters Butner July 29, 2013. My son has sever cardiac disease where is heart is function at 25%. Before house at Butner he was been evaluated for an ICD because his heart could stop function at any time. I am very concern because his blood pressure is still not under control. Thank-you for answering my letter in November 2013.

My son has chronic kidney disease so there has to be a balance between hypertension medicine and kidney. He lost kidney function the Cardiologist before Dr. Browning had him on a high dose of Lisinopril. Darryl also has Muscular degeneration where he is going blind. Since he has been at Butner his creatinine has increase so his kidney are being affected. Please consider home confinement so he will be able to see his Doctor so he can be stabilize.

My son has two beautiful children that need him so please help!

I am Darryl Stuckey mom Wilmarie McKoy 3820 Barnyard Trail Glenn Allen VA 23060. E-mail wmmckoy@verizon.net. I am staying at Virginia with his two children. I am a resident of Maryland

Sincerely

*Wilmarie McKoy*

Wilmarie McKoy



Exhibit D



**U.S. Department of Justice**
Federal Bureau of Prisons

*Low Security Correctional Institution*   Butner, North Carolina

March 28, 2014

Wilmarie McKoy
6807 Westchester Court
Camp Spring, MD  20748

RE: Darryl Stuckey
    Register No: 54236-037

Dear Mrs. McKoy:

I am in receipt of your correspondence regarding your son, Darryl Stuckey, an inmate currently incarcerated at the Low Security Correctional Institution (LSCI), Bunter, North Carolina.  In your correspondence you are concerned about your son's medical history and request for him to be considered for Home Confinement.

Mr. Stuckey is currently diagnosed with hypertension, congestive heart failure, cardiomyopathy, and stage 4 chronic kidney disease.  He had a complete history and physical examination on August 9, 2013.  He was seen and evaluated several times by the physician and physician assistant, most recently on March 3, 2014.  He is currently being followed in the Cardiology, Ophthalmology and Nephrology clinics and has appointments pending.  His blood pressure is being checked routinely, although he is often a no show for blood pressure checks.  He is scheduled for follow-up with his physician and has access to sick call four days per week for any acute issues.

Additionally, his Unit Team has prepared his Residential Re-Entry Center Placement referral. His placement time was increased from 90 days to 151-180 days RRC and Home Confinement.  We are currently awaiting a placement date.



Exhibit D

Stuckey 54236-037
page 2

I trust this addresses any concerns you may have at this time. If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

S. Hollembaek
Warden

# RRC Referral – Denial

# Raleigh RRM Office

DATE: **April 4, 2014**

Institution: **FCI Butner Low - BUF**

| Inmate Name | Inmate Number |
|---|---|
| **STUCKEY, Darryl** | **54236-037** |

The above named has been denied placement by the following location(s):

| N/A | |
|---|---|
| | |

The reason for denial is listed below:

| | | | |
|---|---|---|---|
| | No bedspace until after release date | | History of Violence |
| | Sex Offender | | Negative Institutional Adjustment |
| X | Medical Condition | | Mental Health Condition |
| | Prior Failure within last 12 months | | Separation Issues |
| | Pending Charges | | Other |

(check applicable reason)

If other, explain below..............

The RHSA has recommended denial of RRC/HC Placement due to Inmate's Medical Conditions.

Name: Stuckey   Number: 54236-037
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509



RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS

SEP 0 5 2014

UNITED STATES DISTRICT JUDGE

⇔54236-037⇔
Jd Roger Titus
6500 Cherrywood LN
Greenbelt, MD 20770
United States

2077021285