IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. RWT 12-cr-042 |
| | * |
| DARRYL A. STUCKEY | * |

## ORDER

On June 6, 2013, this Court sentenced Defendant to twenty-four months' imprisonment followed by a period of three years' supervised release, and ordered restitution in the amount of $300,632.00. ECF No. 57. Defendant was ordered to make monthly restitution payments of $500 during his three-year supervised release term. *Id.* On March 6, 2017, Defendant filed a *pro se* Motion to Terminate Defendant's Supervised Release Term. ECF No. 78. On April 4, 2017, the Government filed a response in opposition to Defendant's motion, arguing that termination is not warranted due to Defendant's substantial unpaid restitution balance. ECF No. 80. On April 7, 2017, Defendant filed a reply in support of his motion. ECF No. 81.

At this time, Defendant has completed just over two years of his three-year period of supervised release, but much of his restitution balance remains unpaid. Therefore, early termination of Defendant's supervised release is not warranted. Accordingly, it is, this 1st day of May, 2017, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Terminate Defendant's Supervised Release Term [ECF No. 78] is hereby **DENIED**.

/s/
_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE